JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARLENE ELIZABETH PARSON,<br><br>             Plaintiff,<br><br>        v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. ED CV 13-00036-DFM<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commission of Social Security is affirmed and this action is dismissed with prejudice.

Dated: November 21, 2013

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge